FORM or521 (Rev 12/09)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Pensacola Division

In Re:  Cheryllynn Dyess
fka Cheryl Lynn Dyess, fka Cheryl Lynn Smith
SSN/ITIN: xxx–xx–5063
    Debtor

Bankruptcy Case No.:   10−30548−LMK

Chapter:  7
Judge:  Lewis M. Killian Jr.

*ORDER CONDITIONALLY DETERMINING DEBTOR'S COMPLIANCE
WITH FILING REQUIREMENTS OF SECTION 521(a)(1)
AND SETTING DEADLINE FOR RECONSIDERATION*

    Pursuant to 11 U.S.C. §521(i)(1), if an individual debtor in a voluntary case under Chapter 7 or Chapter 13 fails to file all of the information required under 11 U.S.C. §521(a)(1) within 45 days after the date of the filing of the petition, the case shall be automatically dismissed effective on the 46th day after the date of the filing of the petition. The Court has reviewed the file in this case and finds as follows:

1. That the debtor has complied with the filing requirements of 11 U.S.C. §521(a)(1) and is not subject to automatic dismissal under 11 U.S.C. §521(i)(1) or (2). This finding is conditional upon there being no request for reconsideration within the time prescribed herein.
2. That any party having any reason to contest the Court's finding that the debtor has filed all information required by 11 U.S.C. §521(a)(1) shall file a Motion for Reconsideration not later than fourteen (14) days from the date of this Order and shall serve such motion on the trustee, debtor and debtor's counsel, if any. The motion should specifically identify the information and document(s) required by 11 U.S.C. §521(a)(1) that the debtor has failed to file.
3. That if no request for reconsideration is filed in the time and manner stated herein, this Order shall become final after the expiration of the deadline to request reconsideration and all parties shall be barred from seeking dismissal of the case under 11 U.S.C. §521(i)(1) or (2).

   ***DONE AND ORDERED*** at Tallahassee, Florida, March 30, 2010 .

                                                    /s/ Lewis M. Killian Jr.
                                                  Lewis M. Killian Jr.
                                                  U.S. Bankruptcy Judge

Service to:
    All creditors and parties in interest